IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Derrick Powell,<br><br>    Plaintiff,<br><br>v.<br><br>SCDC,<br><br>    Defendant. | C/A No. 4:25-cv-5080-SAL-TER<br><br><br>**ORDER** |

  This is an action filed by a state prisoner. This case is before the court due to Plaintiff's failure to comply with the magistrate judge's order to complete a complaint form and pay the fee or apply for in forma pauperis. [ECF No. 5.]

  The proper form order was sent to Plaintiff's provided address, and it has not been returned to the court. Thus, it is presumed that Plaintiff received the order but has neglected to comply with it within the time permitted. The court has not received any response from Plaintiff, and the time for compliance has passed. The record reflects that the magistrate judge specifically informed Plaintiff that if he did not comply with the order, this case would be subject to dismissal.

  Plaintiff's lack of response to the order indicates an intent to not prosecute this case and subjects this case to dismissal. *See* Fed. R. Civ. P. 41(b) (indicating district courts may dismiss an action if a Plaintiff fails to comply with an order of the court); *see also Ballard v. Carlson*, 882 F.2d 93, 95 (4th Cir. 1989) (noting dismissal with prejudice appropriate where warning given).

  Accordingly, this case is dismissed without prejudice under Rule 41(b). The Clerk of Court shall close the file.

  **IT IS SO ORDERED.**

August 7, 2025
Columbia, South Carolina

Sherri A. Lydon
United States District Judge